# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN PAREDES-PEREZ, | Case No. 12-cv-01737 NC |
| Plaintiff, | **ADMINISTRATIVE ORDER RE: BRIEFING** |
| v. | Re: Dkt. Nos. 15, 16 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Under Civil Local Rule 16-5, in actions for review of an administrative record, defendant must serve and file any opposition or counter-motion within twenty-eight days of service of plaintiff's motion for summary judgment. Within fourteen days after service of defendant's motion, plaintiff may serve and file a reply.

Here, defendant filed a cross-motion for summary judgment and opposition on November 14, 2012, which is currently unopposed. Plaintiff must file any opposition brief and reply by January 22, 2013. By February 5, 2013, defendant may file a reply to any brief submitted by plaintiff. If plaintiff does not submit a brief by January 22, 2013, the Court will consider briefing complete and the matter submitted for decision.

IT IS SO ORDERED.

Date: January 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge